UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13 314-1H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DMICKQUEZ TENNEL RAY | ORDER |

The motion to continue arraignment and trial is hereby allowed. Arraignment will be set for August 12, 2014 term.

Because the ends of justice served by this motion outweigh the best interests of the public and the Defendant in a speedy trial, such period of delay resulting from this continuance shall be excluded pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

This 7th day of July, 2014.

Kimberly A. Swank

**Honorable Kimberly A. Swank**
**United States Magistrate Judge**

1